# EXHIBIT J

**From:**

**Sent:** 3/21/2018 3:35 PM
**To:** customersupport@thomsonreuters.com
**Cc:**
**Subject:** RE: Case : 06400231

Hello, team,


Thank you very much for creating a profile for ████████████. We do not need further assistance with the case.

Best,

─────────── Original Message ───────────
**From:**
**Sent:** 3/13/2018 6:45 PM
**To:**
**Cc:**
**Subject:** RE: Case : 06400231

Dear

We can confirm that the profile of ███████████ is available for your perusal under UID ██████.

With regards to Patokh Chodiev, there is indication that the individual would fall under our PEP inclusion criteria, but we will need to confirm this with our legal department, which may take up to 5 days.

Please let me know should you have any further questions.

Kind regards,

Inna

---

**From:**
**Sent:** 12 March 2018 02:41 PM
**To:**
**Cc:**
**Subject:** RE: Case : 06400231

WC team, could you help fast track this one?

---

**From:**
**Sent:** Monday, March 12, 2018 09:52
**To:**
**Subject:** Case : 06400231


## THOMSON REUTERS CUSTOMER SUPPORT


Case : 06400231


Thank you for contacting Thomson Reuters Customer Support.

I have received your enquiry regarding profile review for World-Check inclusion for ████████████████████████ for Patokh Kayumovich Chodiev.

I am currently working with the relevant research specialist/s and will send you an update within 24-48 business hours.

Rest assured, we are looking into this as a matter of priority.

Thanks,