# EXHIBIT K

-----Original Message-----
**From:** customersupport@thomsonreuters.com [customersupport@thomsonreuters.com]
**Sent:** 4/5/2018 7:06 PM

With reference to your request, I confirm that we have been unable to establish any information regarding individuals below that would fit the criteria for an inclusion on World-Check.

**Patokh Kayumovich Chodiev**

-----Original Message-----
**From:** customersupport@thomsonreuters.com [customersupport@thomsonreuters.com]
**Sent:** 4/3/2018 5:53 PM

## THOMSON REUTERS CUSTOMER SUPPORT

Thank you for contacting Thomson Reuters Customer Support.

I have received your query regarding Patokh Kayumovich Chodiev (Chodiev) (also known as Patokh K Chodiev, Patokh Chodiev and P Chodiev ). I am working with our research specialist and we are prioritizing this matter.

I will send you an update within 24-48 working hours.

-----Original Message-----
**From:**
**Sent:** 4/3/2018 3:14 PM
**To:** grc.wc.research@thomsonreuters.com

Hi Team,

As part of our research, we've come across information as given in the attached document. Kindly create a World-Check profile for the subject individual, as soon as possible.

Should you have any queries regarding the request, please do not hesitate to contact me.

*I shall forward the password for the attached document in a follow-up e-mail.*