# EXHIBIT N

Filer Information:

| | | | |
|---|---|---|---|
| Filer ID: | 4955574 | Address 1#: | |
| Investor Type: | Individual | Address 2#: | |
| Name: | Chodiev (Patokh) | Address 3#: | |
| First Name: | Patokh | City: | London |
| Last Name: | Chodiev | State: | |
| Middle Name: | | Country: | United Kingdom |
| Preferred Name: | | Zip: | |
| Prefix: | | CIK: | |
| Suffix: | | Source: | |