# EXHIBIT P

.....................Original Message .....................
**From:** customersupport@refinitiv.com [customersupport@refinitiv.com]
**Sent:** 8/3/2020 8:22 PM
**To:** ███████████████████████
**Subject:** RE: Case : 09041961 New profile + Update Existing One- from Refinitiv [ ]

Hi ████████,

I hope your weekend went well and thank you for your patience.

Please see the below responses from our Research Team:

1) ██████████████████████████████████████████
███████████████████████████████████████████████

2) We are verifying all sources and the required inclusion for "Patokh Chodiev" based on World-Check risk. This will take up to 10 days before reflecting in World-Check if included.

3) ████████████████████████████████████████████
████████████████████

I hope the above has addressed your enquiry and please contact me should you have any further questions or concerns.

Warm Regards,

███████████████████
███████████████████████████

.....................Original Message .....................
**From:** customersupport@refinitiv.com [customersupport@refinitiv.com]
**Sent:** 7/31/2020 5:45 PM
**To:** ███████████████████████
**Subject:** Case : 09041961 New profile + Update Existing One- from Refinitiv [ ]



## REFINITIV CUSTOMER SUPPORT

Case:09041961

Dear ████████

Thank you for contacting Refinitiv Customer Support.

████████████████████████████
████████████████

████████████████████████████
██████████████

I have also received your other query regarding record verification for ████████████████████████████
███████ and **Patokh Chodiev.**

I am now currently working with the relevant research specialist/s and will send you an update within 24-48 hours (Monday to Friday).

Warm Regards,

████████████████████████████
████████████████

.....................Original Message .....................
**From:** ██████████████████████
**Sent:** 7/31/2020 5:30 PM
**To:** grc.wc.research@thomsonreuters.com
**Subject:** New profile + Update Existing One

Hi ████,

I have some demands for you:

████ Could you link (Connections / Relationships) UID profile ██████████████
2. Could you do research on "Patokh Chodiev" https://www.lecho.be/economie-

politique/belgique/economie/patokh-chodiev-inculpe-en-france-pour-blanchiment/10166096.html

3.  Could you do research on ███████████████

Thanks in advance for your help,

Best regards,

████████

██████████

████████████

████████████

█████████████████