# EXHIBIT B

| | |
|---|---|
| UID | 194206 |
| VERSIONCREATEDDATE | 2020-08-17 07:05 |
| LAST NAME | CHODIEV |
| FIRST NAME | Patokh |
| ALIASES | CHODIEV,Fattah |
| LOW QUALITY ALIASES | |
| NATIVE ALIASES | |
| ALTERNATIVE SPELLING | |
| CATEGORY | INDIVIDUAL |
| TITLE | |
| SUB-CATEGORY | |
| POSITION | |
| AGE | |
| AGE DATE (AS OF DATE) | |
| DOB | 1953/04/15 |
| PLACE OF BIRTH | Jizzakh, Jizzakh, Uzbekistan |
| DECEASED | |
| PASSPORTS | |
| IDENTIFICATION NUMBER | |
| LOCATIONS | ~ Brussels, Brussels-Capital ~ BELGIUM;~ London, Greater London ~ UNITED KINGDOM;~ Luxembourg, Luxembourg ~ LUXEMBOURG;~ Moscow, Moscow Region ~ RUSSIAN FEDERATION;~ Paris, Ile-de-France ~ FRANCE;~ Zürich, Zürich ~ SWITZERLAND |
| CITIZENSHIPS | UZBEKISTAN;BELGIUM;RUSSIAN FEDERATION |
| E/I | M |
| LINKED TO INDIVIDUAL | |
| COMPANIES NAMES | EURASIAN BANK;Eurasia Insurance Company;Eurasian Resources Group |
| FURTHER INFORMATION | [BIOGRAPHY] Co-founder and shareholder of Eurasian Resources Group, Eurasian Bank, and Eurasia Insurance Company (reported Jul 2020 - ). [IDENTIFICATION] Citizenship: Uzbekistan, Russian Federation, and Belgium. [REPORTS] Sep 2019 - reportedly under judicial investigation by the Prosecutor in Paris for alleged laundering of tax fraud (EUR800,000) and (EUR5m) (2010-2011) (Kazakhgate Case). Investigation ongoing. Aug 2020 - no further information reported. |
| KEYWORDS | |
| EXTERNAL SOURCES | https://azbigmedia.com/business/patokh-chodiev-biography-of-a-successful-businessman/ <br> https://en.wikipedia.org/wiki/Patokh_Chodiev <br> https://www.eurasianresources.lu/en/pages/corporate-governance/board-of-directors <br> https://www.lecho.be/economie-politique/belgique/economie/patokh-chodiev-inculpe-en-france-pour-blanchiment/10166096.html <br> https://www.lesoir.be/249703/article/2019-09-26/kazakhgate-lhomme-daffaires-patokh-chodiev-est-inculpe-en-france-pour |
| LAST WORLD-CHECK UPDATE DATE | 2020-08-17 07:05 |
| ENTERED | 2020-08-17 |