```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/18/2021_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of Patokh Chodiev,

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

21 Misc. 423 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 15, 2021, Respondents filed a motion to vacate the Court's July 30, 2021, order granting Petitioner's request for discovery pursuant to 28 U.S.C. § 1782 and to quash subpoenas served on them by Petitioner. ECF Nos. 15-19.  By **November 15, 2021**, Petitioner shall respond to Respondents' motion in a brief not to exceed 15 pages.

    SO ORDERED.

Dated:  October 18, 2021
       New York, New York

ANALISA TORRES
United States District Judge