```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/10/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of Patokh Chodiev,

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

21 Misc. 423 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 6, 2022, Petitioner's attorney filed a declaration informing the Court that Respondent is in the process of complying with the subpoenas at issue in this case. ECF No. 32. Accordingly, by **June 6, 2022**, the parties shall file a joint status letter regarding Respondent's compliance with the subpoenas and the need for the Court's further intervention in this matter.

    SO ORDERED.

Dated: May 10, 2022
       New York, New York

ANALISA TORRES
United States District Judge