```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/6/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of Patokh Chodiev,

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

21 Misc. 423 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 6, 2022, the parties informed the Court that they were continuing to meet and confer and stated that they would submit a joint status letter in 20 days. ECF No. 34. The parties have failed to do so. Accordingly, by **July 13, 2022**, the parties shall file a joint status letter updating the Court on the status of their negotiations.

    SO ORDERED.

Dated: July 6, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge