**Via ECF and Email**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    Re:    In the Matter of *Ex Parte* Application of Patokh Chodiev for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, No. 21 -mc-00423-AT

Dear Judge Torres:

    On October 14, 2022, Applicant informed Respondent of alleged deficiencies in Respondent's document production. The parties are engaging in further meet and confer discussions to resolve these alleged issues. The parties will submit a joint status letter informing the Court of their progress by November 15, 2022 or another date that the Court prefers.

    Respectfully submitted,

/s/ *Robert W. Mockler*　　　/s/ *David Y. Livshiz*
Robert W. Mockler　　　　　David Y. Livshiz

Doc #  DC/29783508v1