**Via ECF and Email**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    In the Matter of *Ex Parte* Application of Patokh Chodiev for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, No. 21-mc-00423-AT

Dear Judge Torres:

      Respondent provided a written response to the deficiencies alleged by Applicant today, and Applicant is reviewing that response. The parties will submit a joint status letter informing the Court of their progress by December 15, 2022 or another date that the Court prefers.

                                       Respectfully submitted,

                     /s/ *Robert W. Mockler*         /s/ *David Y. Livshiz*
                     Robert W. Mockler           David Y. Livshiz