**Via ECF and Email**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    In the Matter of *Ex Parte* Application of Patokh Chodiev for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, No. 21-mc-00423-AT

Dear Judge Torres:

    Applicant continues to consider whether the alleged deficiencies are resolved in light of Respondent's response. The parties will submit a joint status letter informing the Court of their progress by January 21, 2023 or another date that the Court prefers.

                                                Respectfully submitted,

        /s/ *Robert W. Mockler*        /s/ *David Y. Livshiz*
        Robert W. Mockler           David Y. Livshiz