**Via ECF and Email**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    Re:    In the Matter of *Ex Parte* Application of Patokh Chodiev for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, No. 21-mc-00423-AT

Dear Judge Torres:

    Applicant and Respondent have met and conferred further and made progress since the last update. Respondent continues to look into certain issues alleged by Applicant. The parties will submit a joint status letter informing the Court of their progress by April 21, 2023 or another date that the Court prefers.

    Respectfully submitted,

/s/ *Robert W. Mockler*　　　　/s/ *David Y. Livshiz*
Robert W. Mockler　　　　　　David Y. Livshiz